**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**

**IN RE:**

GOMMELS, DALE EDWARD AND GOMMELS, AMANDA LEIGH

**CASE NO.** 08-70343
**CHAPTER 7**

**DEBTOR(S)**

**OBJECTION TO DEBTOR'S**
**CLAIM OF EXEMPTION IN**
**ANNUITY PURSUANT TO 11 USC 522(d)(11)(D)**

\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*

Comes the Trustee, Phaedra Spradlin and OBJECTS to Debtor's claim of exemption in an annuity purchased for Debtor Amanda Leigh Gommels while she was a minor. As grounds for this Objection Trustee states that 11 USC 522(d)(11)(D) allows an exemption in the amount of $20,200.00 "on account of personal bodily injury, not including pain and suffering or compensation for actual pecuniary loss, of the debtor or an individual of whom the debtor is a dependent." Debtor Amanda Leigh Gommels did not suffer any injury; her mother was unfortunately killed in an accident while Amanda was an infant. Debtor Amanda Leigh Gommels is over the age of majority and is married. She is not a dependent of her mother. This exemption does not apply. If the exemption were to apply, only Debtor Amanda Leigh Gommels could claim it, and only in the amount of $20,200.00.

WHEREFORE, Trustee requests that Debtor's claim of exemption in the annuity be DISALLOWED. If this Court allows Debtor's claim of exemption in the annuity, Trustee requests it only be allowed in the amount of $20,200.00.

/s/ Phaedra Spradlin, Trustee
6325 Old Richmond Road
Lexington, KY 40515
(859) 263-9320

NOTICE

      Please take notice that Trustee's Objection to Exemption will be brought on for hearing before this Court on Monday, August 4, 2008 in the United States Bankruptcy Courtroom, BB&T Bank Building, 334 Main Street, Pikeville, KY at the hour of 11:10 A.M.

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was served either by electronic mailing or by first class mail to Debtor, Debtor's Counsel and the U.S. Trustee's Office on 07/15/2008.

                                                /s/ Phaedra Spradlin, Trustee