UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE William S. Howard

IN RE:  CASE NUMBER 08-70343
Dale Edward Gommels and Amanda Leigh Gommels

## US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 9/10/2008   TIME: 11:10

APPEARANCES:
  Case, R.
  Spradlin, Phaedra

ISSUE:
  30    9/5/2008    Objection to Debtor's Claim of Exemptions *In Annuity*, filed by Phaedra Spradlin. Hearing scheduled for 9/10/2008 at 11:10 AM at Pikeville Courtroom.  (Spradlin, Phaedra)

DISPOSITION:
    Sub

JUDGE'S NOTES:

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*William S. Howard*
**Bankruptcy Judge
Dated: Wednesday, September 10, 2008
(gwp)**